Petition for Writ of
Mandamus Dismissed and Memorandum Opinion filed June 14, 2011.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00459-CR

____________

 

IN RE GERALD J. DURDEN, Relator

 

 

 



ORIGINAL PROCEEDING

WRIT OF MANDAMUS

248th District Court

Harris County, Texas

Trial Court No. 905,464

 

 



MEMORANDUM
OPINION

            On May 24, 2011, Relator, Gerald J. Durden, filed a petition
for writ of mandamus in this Court.  See Tex. Gov’t Code Ann §22.221
(Vernon 2004); see also Tex. R. App. P. 52.1.  Relator requests we
compel the District Clerk of Harris County, Texas, Chris Daniel, to “send
communicated copies of documents filed in his office to relator . . .”            

This Court’s mandamus jurisdiction is governed by section
22.221 of the Texas Government Code.  Section 22.221 expressly limits the
mandamus jurisdiction of the courts of appeals to:  (1) writs against a
district court judge or county court judge in the court of appeals’ district,
and (2) all writs necessary to enforce the court of appeals' jurisdiction. 
Tex. Gov’t Code Ann. § 22.221 (Vernon 2004).  Because the petition for writ of
mandamus is directed toward a district clerk and is not necessary to enforce
this court’s jurisdiction, we have no jurisdiction.  See Tex. Gov’t Code
Ann. § 22.221(b)(1).

            Accordingly, the petitions for writ of mandamus are ordered
dismissed.

                                                            PER
CURIAM

 

Panel
consists of Justices Anderson, Brown, and Christopher.

Do Not Publish — Tex. R. App. P. 47.2(b).